**SCHEDULE A**

I.   Affidavit of Facts: Authenticated Letter Requesting Lawful Assistance For Deprivation of Rights Claim By A State Official (See Attached)

II.  VIDEO: SHREWSBURY POLICE HARASSMENT OVER PRIVATE PLATES AND EXPRESS TRUST CONTRACT. https://youtu.be/CXmXcIirYsc 24:48 minutes

III. VIDEO: SHREWSBURY POLICE ILLEGAL SEARCH ON VIN & Private Investigation without probable cause. https://youtu.be/TPtB6Mz3S7k 9:28 minutes

IV.  VIDEO: SHREWSBURY POLICE conducting illegal vehicle search. https://youtu.be/q3I_mYrJ39A 14:32 minutes

V.   MASSACHUSETTS UNIFORM CITATION: 862593AB

VI.  MASSACHUSETTS UNIFORM CITATION: 862607AB

VII  U.S. Department of Justice Civil Rights Division

VIII  ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE

The Commonwealth of Massachusetts

**William Francis Galvin**
**Secretary of the Commonwealth**

C-3

C  2468024

*Boston, Massachusetts*          March 22, 2023

*I hereby certify*

that at the date of attestation hereunto annexed,

### Kellie Donovan

whose name is signed to the attached certificate of acknowledgement,
proof of affidavit, was at the time of taking the same, a NOTARY
PUBLIC for the said Commonwealth duly commissioned and
constituted;
that to his/her acts and attestations, as such, full faith and credit are and
ought to be given in and out of Court; that as such Notary PUBLIC,
he/she was by law authorized to take depositions, to administer oaths
and take acknowledgments or deeds or conveyances of lands,
tenements or heriditaments and other instruments through the

*In testimony of which,*   I have hereunto affixed the

*Great Seal of the Commonwealth*



on the first date above written

**William Francis Galvin**
**Secretary of the Commonwealth**

prepared by   *RBramble*

Letter Requesting Lawful Assistance For Deprivation of Rights Claim By A State Official

Dear Sheriff Lewis G. Evangelidis, Chief of Police and Sergeant of the Shrewsbury Police Department, and all others this letter may concern;

I apologize in advance for needing to bring this important matter to your attention on such short notice, I know each of you are extremely busy professionals with more important tasks at hand. However, am writing to bring to your attention an incident that occurred on the evening of Wednesday March 15, 2023, involving Shrewsbury police officers at the Trader Joe's parking lot. As a peaceful law-abiding American citizen/ U.S. National, I believe that my constitutional rights were violated and that the actions of the officer in question were inappropriate and unlawful. Unfortunately, I do not recall the officer's name but the Detective Sergeant on site was Michael Cappucci who was the officer's superior at the time of the incident.

While I was grocery shopping at Trader Joe's in Shrewsbury, Massachusetts, the officer drove by my SUV and noticed Private Plates, and immediately assumed I was a "Sovereign Citizen" and decided to conduct an illegal search and investigation which included running my VIN number without my knowledge or consent. Upon returning to my vehicle with groceries, the officer immediately cornered me with his car and approached me addressing me by the name Mr. Irving Espinosa without having given him Identification. He then began claiming that he had called the Worcester Police department and Clinton Police department inquiring about my criminal background based on the License connected to the VIN of the vehicle. He stated "I was lucky I had no criminal complaints on my record, other than a case from 2012", which related to me suing a police officer for also harassing and trespassing on my rights then as well, and that I was "illegally driving" with private plates and that I would be immediately pulled over and arrested, and have criminal charges pressed upon me if I entered the public roadway on his watch with my Private Plates."

As soon as the officer issued me the verbal threat, I immediately contacted the Shrewsbury Police Department and demanded the senior Sergeant on staff to arrive on scene. After about 15 - 20 minutes, I called again requesting the status of the sergeant because I was in fear of being detained, harassed or potential killed by the law enforcement officer who was hell bent on going after me based on his assumptions of me being a so called "Sovereign Citizens" which I am NOT. I also called Worcester Sheriff's office, but the lady said I reached the jail and no one was in the office at these late hours and I would need to call back.

Furthermore, the officer's comments about me being a "sovereign citizen" and his subsequent profiling of me based on this assumption were unwarranted and discriminatory. As a law-abiding American citizen, I have not committed any criminal offenses, nor am I a member of any extremist groups or movements. I want to make it perfectly clear that I am NOT a so called "sovereign citizen" or involved with any domestic terrorist groups. Profiling me as such for simply having Private Plates on a private mode of transportation is illegal and puts me in extreme danger by uninformed police officers who are trained to shoot and kill terrorists including so called "Sovereign Citizens". This type of behavior is unacceptable, dangerous and makes me feel extremely unsafe around the Shrewsbury Police Department who are now targeting me specifically. I feel the officer's actions were a form or tyranny and retaliation towards me as a private citizen.

When the Detective Sergeant Michael Cappucci arrived, he also warned me about entering the public roadway and informed me that if I chose to leave the grocery store they would stop, detain me, tow my private vehicle which is owned by a private trust and issue me citations and fines. However, after explaining the situation to the detective in detail, and communicating professionally for several minutes and peacefully listening to each others side of the story, and letting him know of the trespass and multiple code violations the Detective became very understanding and reasonable, which I appreciated his professionalism. I understand he is doing his job, but as an American Citizen, I am doing mine as well and upholding my constitutional rights and common law right to travel.

I am presently experiencing severe hardships with the loss of my only brother, and loss of my home due to a recent flood and I am experiencing homelessness for the first time in my life. At this point in my life, anyone who attempts to take my only form of travel or shelter from me will be sued in Federal Court to the maximum extent of the law no exceptions. Ignorance of the Law is no longer an excuse and I do not enjoy being trespassed upon, especially under threat, intimidation or potentially at gun point. I am a very good person, and I regularly volunteer on a monthly basis to Nonprofits in our Communities and have done so my entire adult life empowering thousands of families across America.

I am aware that there have been cases that support the right of American citizens and nationals to travel with private plates, including Doe v. City of Indianapolis, 626 F.3d 817 (7th Cir. 2010) and United States v. Tostado, 480 F.3d 1123 (9th Cir. 2007), among others. According to the Constitution of the United States of America, and Massachusetts Republic Constitution, American Citizens and nationals have the right to travel freely without interference from law enforcement officers. This includes the right to travel with private plates, which has been upheld in numerous court cases, including Shapiro v. Thompson, 394 U.S. 618 (1969), which established that individuals have the right to move freely from state to state without being subjected to unreasonable restrictions. Additionally, the UCC explicitly recognizes the right to travel with private plates. I also want to note that I am a peaceful private citizen and do not pose any risk or harm to anyone. In fact, I support law enforcement and believe they play an important role in our society, and I do understand that their are real threats that officers must be trained to handle. However, now given all the trauma I have faced continuously for over 10 years now I kindly and peacefully demand that all law enforcement officials leave me alone, DO NOT STOP ME, DO NOT DETAIN ME, DO NOT INTERROGATE ME, and / or interfere with my right to travel in my Private Conveyance which is held in a Private Trust.

I demand that the Shrewsbury Police Department take immediate action to remedy this situation and ensure that this type of conduct does not happen again in the future. This includes providing me with all the badge numbers and names of all the officers involved in this encounter, a detailed police report of the encounter.

Included with this letter is formal Department of State Authenticated Notice of Estoppel and Stipulation of a Constitutional Challenge delivered to the Worcester County Sheriff's office and the Shrewsbury Police Department Chief of Police and Detective Sergeant Michael Cappucci requesting that an investigation on the officers behavior take place and I be left alone peacefully. Failure to respond in writing within the requested timeframe may result in a Federal Lawsuit in a Constitutional Court in order to address the emotional distress, trespass and UCC Code violations which have occurred and continue to occur and of which I am currently being threatened will occur if I travel through Shrewsbury under the law enforcement's watch. Although I am a peaceful private citizen, I do reserve the right to sue any and all officers who knowingly or unknowingly violate the law or trespass on my rights to travel freely unencumbered. I do not want to escalate this case further, but if I am harassed 1 more time whether in Worcester, Clinton, Shrewsbury or anywhere else in this Country without Reasonable Articulable Suspicion and Single Articulable Fact that I have committed a crime, be warned you will be sued.

Again, Sheriff Lewis G. Evangelidis, Shrewsbury Chief of Police and Detective Sergeant Michael Cappucci, I Thank you for your public service and the great work you do to uphold the Constitution and Common Law of the Land, and for your prompt attention to this matter. I look forward to hearing from you in writing soon on how this case will be resolved moving forward.

**CERTIFICATE OF SERVICE**

I, **Irving Joel Espinosa Rodriguez living MAN for ESPINOSA-RODRIGUEZ: IRVING, JOEL,** corp. sole dba. **IRVING JOEL ESPINOSA RODRIGUEZ,** is to certify that I have this day served the Solicitor General with this Notice of estoppel and stipulation of Constitutional Challenge to **ALL MASSACHUSETTS STATE STATUTES** etc:

by REGISTERED MAIL_____ Delivery thereon to ensure delivery: Dated this _____ Day of _____, 2023

Respectfully submitted,
Irving Joel Espinosa Rodriguez TR
Beneficial Owner 1st Lien Holder of ESPINOSA-RODRIGUEZ: IRVING, JOEL, dba IRVING JOEL ESPINOSA RODRIGUEZ®™

Authorized Representative, UCC 1-103.6, UCC 1-308, UCC 1-301, UCC 1-207

State of Massachusetts     }
                           } ss.
County of Worcester        }

I have here unto set my hand and seal of office On this, _____Day of _____, 2023.

Notary Public _____

The Commonwealth of Massachusetts

County: _Suffolk_____

On this _22_ day of _March_____ , 20 _23_
before me, the undersigned Notary Public, personally appeared

_Irving Joel Espinosa Rodriguez_ (name of document signer)
proved to me through satisfactory evidence of identification which was/were

_USA Passport_____ , to be the person who signed
the preceding or attached document in my presence, and who swore or
affirmed to me that the contents of this document are truthful and accurate to
the best of his/her knowledge and belief.

Signature: _Kellie Donovan_____
[X] Notary Public    [_] Justice of the Peace

My Commission expires _11/10/2028_

Notary Seal / Stamp

Kellie Donovan
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Commission Expires
11/10/2028

# The Commonwealth of Massachusetts

**William Francis Galvin**
**Secretary of the Commonwealth**

C-3

## C  2462671

*Boston, Massachusetts*          March 3, 2023

*I hereby certify*

that at the date of attestation hereunto annexed,

### Kellie Donovan

whose name is signed to the attached certificate of acknowledgement, proof of affidavit, was at the time of taking the same, a NOTARY PUBLIC for the said Commonwealth duly commissioned and constituted;
that to his/her acts and attestations, as such, full faith and credit are and ought to be given in and out of Court; that as such Notary PUBLIC, he/she was by law authorized to take depositions, to administer oaths and take acknowledgments or deeds or conveyances of lands, tenements or heriditaments and other instruments through the

*In testimony of which,*    I have hereunto affixed the

*Great Seal of the Commonwealth*



on the first date above written

**William Francis Galvin**
**Secretary of the Commonwealth**

prepared by   *RBramble*




# OPPORTUNITY TO CURE

## NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE

ESPINOSA-RODRIGUEZ: IRVING, JOEL, corp. sole }
Dba. IRVING JOEL ESPINOSA RODRIGUEZ }
                  V. }
PUBLIC OFFICER(S) Dba. }
Eric D. Batista,  Sheriff Lewis G. Evangelidis, }
William McNamara, Maura Healey, }
Chief Justice Kimberley S. Budd, Elvira Guardiola }

                             **NOTICE OF MOTION AND**
                               **MOTION TO INTERVENE**
                               **WITH AN INJUNCTION**

**SPECIAL ATTENTION TO:**

**Worcester City Manager**
**Eric D. Batista**
**Worcester City Hall**
**455 Main Street**
**Worcester, Massachusetts 01608**

**Worcester County Head Sheriff Department**
**Sheriff Lewis G. Evangelidis**
**5 Paul X Tivnan Drive**
**West Boylston, Massachusetts 01583**

**Head Comptroller of Public Accounts**
**William McNamara**
**One Ashburton Place, 9th Floor**
**Boston, Massachusetts 02108**

**State Governor**
**Maura Healey**
**Massachusetts State House, 24 Beacon Street,**
**Office of the Governor, Room 280,**
**Boston, Massachusetts 02133**

**Head of Supreme Court Justice of the County**
**Chief Justice Kimberley S. Budd**
**1 Pemberton Square**
**Boston, Massachusetts 02108**

**City of Worcester**
**Parking Administrator**
**Elvira Guardiola**
**455 Main Street**
**Worcester, Massachusetts 01608**

The Commonwealth of Massachusetts

County_____

On this _____ day of _____, 20___
before me, the undersigned Notary Public, personally appeared

_____ (name of document signer)
proved to me through satisfactory evidence of identification which was/were

_____, to be the person who signed
the preceding or attached document in my presence, and who swore or
affirmed to me that the contents of this document are truthful and accurate to
the best of his/her knowledge and belief.

Signature: _____
Kellie Donovan
NOTARY PUBLIC
/ / Notary Public    / / Justice of the Peace
Commonwealth of
Massachusetts
My Commission Expires
11/10/2028

My Commission expires _____

Please take notice that I, **Irving Joel Espinosa Rodriguez,** hereby issue this Notice of Estoppel and Stipulation of Constitutional Challenge to All Massachusetts State Statutes. As a private citizen and the beneficial owner and first lien holder of **ESPINOSA-RODRIGUEZ: IRVING, JOEL, d/b/a IRVING JOEL ESPINOSA RODRIGUEZ®,** I am entitled to the full protection of my rights under the Massachusetts Constitution and the UCC, federal and state laws.

**TO ALL MASSACHUSETTS STATE STATUTES WHERE** No general law affecting private rights, shall be varied in any particular case, by special legislation, except with the free consent, in writing of all persons to be affected thereby; **AND MOTION TO INTERVENE WITH AN INJUNCTION FOR NAME; ESPINOSA-RODRIGUEZ: IRVING, JOEL, dba IRVING JOEL ESPINOSA RODRIGUEZ**

**NOTICE THAT ESPINOSA-RODRIGUEZ: IRVING, JOEL, dba IRVING JOEL ESPINOSA RODRIGUEZ,** registered agent for entity is upon whom a Notice of Claim against the public corporation may be served.

**AND TAKE FURTHER NOTICE THAT I, Irving Joel Espinosa Rodriguez, Beneficial Owner 1st Lien Holder of ESPINOSA-RODRIGUEZ: IRVING, JOEL, d/b/a IRVING JOEL ESPINOSA RODRIGUEZ®™,** hereby provide notice of my Special Restricted Appearance. As the Beneficial Owner and 1st Lien Holder of **ESPINOSA-RODRIGUEZ: IRVING, JOEL,** I did not consent in writing for myself or my private property to be considered a 14th amendment citizen of the United States or the state of Massachusetts, or any other state, particularly since this was done when I was a minor and therefore legally unable to enter into such a contract through means such as the issuance of a birth certificate and social security number in the aforementioned names.





**AND TAKE FURTHER NOTICE THAT I, Irving Joel Espinosa Rodriguez,** Reserve my right to sue all parties and entities who have used my name or my property **ESPINOSA-RODRIGUEZ: IRVING, JOEL, dba IRVING JOEL ESPINOSA RODRIGUEZ ens legis.**

**AND TAKE FURTHER NOTICE THAT** the material facts giving rise to the constitutional question are as follows:

- The Massachusetts Constitution provides for the protection of individual rights, including the right to property, which cannot be taken without due process of law and just compensation.
- The UCC recognizes the right of individuals to own and control their property, including intangible property such as names and trademarks.
- Federal and state laws recognize the right to privacy and protection from unreasonable searches and seizures.
- Case law, including but not limited to, Thompson v. Smith, 154 SE 579 (1930), provides that individuals have the right to control the use of their names and identities, and that unauthorized use may result in damages.
- It is well-established that ignorance of the law is not an excuse for violating the rights of others. In the case of United States v. Balint, 258 U.S. 250, 251 (1922), the Supreme Court of the United States held that "men must turn square corners when they deal with the government," and that "the government cannot be put in the position of a wrongdoer by the erroneous act of its officers."
- Furthermore, in the case of Pierson v. Ray, 386 U.S. 547, 557 (1967), the Supreme Court held that "if the law was clearly established and the official's conduct was objectively unreasonable, then he could be held liable for his actions." This principle applies to government officials at all levels, including those in the state of Massachusetts. Therefore, any government official or agency that violates my rights or property, whether intentionally or unintentionally, may be held liable for their actions. The legal remedies available to you in such a case may include damages for any harm suffered as a result of the violation of your rights, injunctive relief to prevent future violations, and other legal remedies that may be available under state or federal law.
- In conclusion, it is important to note that the government, including its officials and agencies, must abide by the law when dealing with citizens. Ignorance of the law is not an excuse for violating the rights of individuals, and those who do so may be held liable for their actions.

Therefore, I demand that you immediately cease and desist from any and all actions that interfere with my rights to my name and my private property, and that you comply with the above stipulations. Failure to do so may result in legal action, including but not limited to, injunctive relief, damages, and any other relief deemed appropriate by a court of law.

This Notice of Estoppel and Stipulation of Constitutional Challenge to All Massachusetts State Statutes is a legally binding contract, and your failure to answer and rebut this affidavit within 72 hours of receipt is deemed acquiescence and acceptance of the terms and conditions contained herein.

Additionally, I reserve the right to seek remedy for any torts committed against me or my property by you, your agencies, and/or contractors, including but not limited to unlawful detention, interference with my property rights, and violation of my constitutional and statutory rights.

Case law supporting my rights includes the **Uniform Commercial Code (UCC)**, which recognizes my right to claim my name and my property as private and not for commercial use. Additionally, federal and state constitutional protections, the **Massachusetts Constitution of 1780, guarantee my unalienable rights to life, liberty, and property.**

Therefore, I demand that you comply with this notice of estoppel and stipulation of constitutional challenge, and that you immediately place the name **ESPINOSA-RODRIGUEZ: IRVING, JOEL, dba IRVING JOEL ESPINOSA RODRIGUEZ and all private property**, including the house located near 42 Washington Street Near Clinton, Massachusetts, the 2005 Toyota 4Runner Gray with private plates and Vin #JTEBT14R450048702, and the 6'x12' landscaping trailer, 1999 Polar XLT Touring Blue and Red Snowmobile, any and all other private property Not for commercial use, on the **DO NOT STOP, DO NOT HOLD, DO NOT DETAIN** list for **Massachusetts and all other states.**

Please kindly respect my right to travel freely unencumbered, and be respectful of my rights to life, liberty and property. Failure to comply with this notice will be deemed a trespass against my unalienable rights and may result in legal action taken against you and your agencies and/or contractors. **This notice serves as a binding contract between us, and your failure to respond within 72 hours will be construed as acquiescence and acceptance of the terms and conditions set forth herein.**

**Respectfully submitted,**
**Irving Joel Espinosa Rodriguez**
**Beneficial Owner 1st Lien Holder of ESPINOSA-RODRIGUEZ: IRVING, JOEL, dba IRVING JOEL ESPINOSA RODRIGUEZ®™**

**Respectfully submitted,**
**Irving Joel Espinosa Rodriguez**
**Beneficial Owner 1st Lien Holder of ESPINOSA-RODRIGUEZ: IRVING, JOEL, dba IRVING JOEL ESPINOSA RODRIGUEZ®™**

UCC 1-103.6, UCC 1-308, UCC 1-301, UCC 1-207 (Secured Party)

March_____, 2023

State of Massachusetts } ss.
County of ~~Worcester~~ Suffolk }

I have here unto set my hand and seal of office On this, _____2_____ Day of _____March_____, 2023.

Notary Public _Kellie Donovan_  11/10/2028

Kellie Donovan
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Commission Expires
11/10/2028





**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article I.*
*All men are born free and equal, and have certain natural, essential, and unalienable rights; among which may be reckoned the right of enjoying and defending their lives and liberties; that of acquiring, possessing, and protecting property; in fine, that of seeking and obtaining their safety and happiness. [Annulled by Amendments, Art. CVI.]*
*Article CVI.*

*Article I of Part the First of the Constitution is hereby annulled and the following is adopted:-*
*All people are born free and equal and have certain natural, essential and unalienable rights; among which may be reckoned the right of enjoying and defending their lives and liberties; that of acquiring, possessing and protecting property; in fine, that of seeking and obtaining their safety and happiness. Equality under the law shall not be denied or abridged because of sex, race, color, creed or national origin.*

**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article III.*
*As the happiness of a people, and the good order and preservation of civil government, essentially depend upon piety, religion and morality; and as these cannot be generally diffused through a community, but by the institution of the public worship of God, and of public instructions in piety, religion and morality: Therefore, to promote their happiness and to secure the good order and preservation of their government, the people of this commonwealth have a right to invest their legislature with power to authorize and require, and the legislature shall, from time to time, authorize and require, the several towns, parishes, precincts, and other bodies politic, or religious societies, to make suitable provision, at their own expense, for the institution of the public worship of God, and for the support and maintenance of public Protestant teachers of piety, religion and morality, in all cases where such provision shall not be made voluntarily.*
*And the people of this commonwealth have also a right to, and do, invest their legislature with authority to enjoin upon all the subjects an attendance upon the instructions of the public teachers aforesaid, at stated times and seasons, if there be any on whose instructions they can conscientiously and conveniently attend.*
*Provided, notwithstanding, that the several towns, parishes, precincts, and other bodies politic, or religious societies, shall, at all times, have the exclusive right of electing their public teachers, and of contracting with them for their support and maintenance.*
*And all moneys paid by the subject to the support of public worship, and of the public teachers aforesaid, shall, if he require it, be uniformly applied to the support of the public teacher or teachers of his own religious sect or denomination, provided there be any on whose instructions he attends; otherwise it may be paid towards the support of the teacher or teachers of the parish or precinct in which the said moneys are raised.*
*Any every denomination of Christians, demeaning themselves peaceably, and as good subjects of the commonwealth, shall be equally under the protection of the law: and no subordination of any one sect or denomination to another shall ever be established by law.] [Art. XI of the Amendments substituted for this].*

**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article IV.*
*The people of this commonwealth have the sole and exclusive right of governing themselves, as a free, sovereign, and independent state; and do, and forever hereafter shall, exercise and enjoy every power, jurisdiction, and right, which is not, or may not hereafter, be by them expressly delegated to the United States of America in Congress assembled.*

**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article V.*
*All power residing originally in the people, and being derived from them, the several magistrates and officers of government, vested with authority, whether legislative, executive, or judicial, are their substitutes and agents, and are at all times accountable to them.*

**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article VI.*
*No man, nor corporation, or association of men, have any other title to obtain advantages, or particular and exclusive privileges, distinct from those of the community; than what arises from the consideration of services rendered to the public; and this title being in nature neither hereditary, nor transmissible to children, or descendants, or relations by blood, the idea of a man born a magistrate, lawgiver, or judge, is absurd and unnatural.*

**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article VII.*
*Government is instituted for the common good; for the protection, safety, prosperity and happiness of the people; and not for the profit, honor, or private interest of any one man, family, or class of men: Therefore the people alone have an incontestable, unalienable, and indefeasible right to institute government; and to reform, alter, or totally change the same, when their protection, safety, prosperity and happiness require it.*

**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article VIII.*
*In order to prevent those, who are vested with authority, from becoming oppressors, the people have a right, at such periods and in such manner as they shall establish by their frame of government, to cause their public officers to return to private life; and to fill up vacant places by certain and regular elections and appointments.*




**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article IX.*
*All elections ought to be free; and all the inhabitants of this commonwealth, having such qualifications as they shall establish by their frame of government, have an equal right to elect officers, and to be elected, for public employments. [See Amendments, Arts. XLV and XLVIII, The Initiative, sec. 2.] [For compulsory voting, see Amendments, Art. LXI.] [For use of voting machines at elections, see Amendments, Art. XXXVIII.] [For absent voting, see Amendments, Art. LXXVI.]*

**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article X.*
*Each individual of the society has a right to be protected by it in the enjoyment of his life, liberty and property, according to standing laws. He is obliged, consequently, to contribute his share to the expense of this protection; to give his personal service, or an equivalent, when necessary: but no part of the property of any individual can, with justice, be taken from him, or applied to public uses, without his own consent, or that of the representative body of the people. In fine, the people of this commonwealth are not controllable by any other laws than those to which their constitutional representative body have given their consent. And whenever the public exigencies require that the property of any individual should be appropriated to public uses, he shall receive a reasonable compensation therefor. [See Amendments, Arts. XXXIX, XLIII, XLVII, XLVIII, The Initiative, II, sec. 2, XLIX, L, LI and XCVII.]*

**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article XI.*
*Every subject of the commonwealth ought to find a certain remedy, by having recourse to the laws, for all injuries or wrongs which he may receive in his person, property, or character. He ought to obtain right and justice freely, and without being obliged to purchase it; completely, and without any denial; promptly, and without delay; conformably to the laws.*

**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article XII.*
*No subject shall be held to answer for any crimes or offense, until the same is fully and plainly, substantially and formally, described to him; or be compelled to accuse, or furnish evidence against himself. And every subject shall have a right to produce all proofs, that may be favorable to him; to meet the witnesses against him face to face, and to be fully heard in his defense by himself, or his council at his election. And no subject shall be arrested, imprisoned, despoiled, or deprived of his property, immunities, or privileges, put out of the protection of the law, exiled, or deprived of his life, liberty, or estate, but by the judgment of his peers, or the law of the land.*
*And the legislature shall not make any law, that shall subject any person to a capital or infamous punishment, excepting for the government of the army and navy, without trial by jury. [See Amendments, Art. XLVIII, The Initiative, II, sec. 2.]*

**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article XIII.*
*In criminal prosecutions, the verification of facts in the vicinity where they happen, is one of the greatest securities of the life, liberty, and property of the citizen.*

**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article XIV.*
*Every subject has a right to be secure from all unreasonable searches, and seizures, of his person, his houses, his papers, and all his possessions. All warrants, therefore, are contrary to this right, if the cause or foundation of them be not previously supported by oath or affirmation; and if the order in the warrant to a civil officer, to make search in suspected places, or to arrest one or more suspected persons, or to seize their property, be not accompanied with a special designation of the persons or objects of search, arrest, or seizure: and no warrant ought to be issued but in cases, and with the formalities prescribed by the laws. [See Amendments, Art. XLVIII, The Initiative, II, sec. 2].*

**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article XV.*
*In all controversies concerning property, and in all suits between two or more persons, except in cases in which it has heretofore been otherwise ays used and practiced, the parties have a right to a trial by jury; and this method of procedure shall be held sacred, unless, in causes arising on the high seas, and such as relate to mariners' wages, the legislature shall hereafter find it necessary to alter it. [See Amendments, Art. XLVIII, The Initiative, II, sec. 2].*

**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article XVI.*
*[The liberty of the press is essential to the security of freedom in a state: it ought not, therefore, to be restrained in this commonwealth.] [See Amendments, Art. XLVIII, The Initiative, II, sec. 2.] [Annulled and superseded by Amendments, Art. LXXVII.*

**Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts**
*Article XVII.*
*The people have a right to keep and to bear arms for the common defence. And as, in time of peace, armies are dangerous to liberty, they ought not to be maintained without the consent of the legislature; and the military power shall always be held in an exact subordination to the civil authority, and be governed by it.*




***Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts***
*Article XVIII.*
*A frequent recurrence to the fundamental principles of the constitution, and a constant adherence to those of piety, justice, moderation, temperance, industry, and frugality, are absolutely necessary to preserve the advantages of liberty, and to maintain a free government. The people ought, consequently, to have a particular attention to all those principles, in the choice of their officers and representatives: and they have a right to require of their lawgivers and magistrates, an exact and constant observance of them, in the formation and execution of the laws necessary for the good administration of the commonwealth.*

***Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts***
*Article XIX.*
*The people have a right, in an orderly and peaceable manner, to assemble to consult upon the common good; give instructions to their representatives, and to request of the legislative body, by the way of addresses, petitions, or remonstrances, redress of the wrongs done them, and of the grievances they suffer. [See Amendments, Art. XLVIII, The Initiative, II, sec. 2.]*

***Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts***
*Article XX.*
*The power of suspending the laws, or the execution of the laws, ought never to be exercised but by the legislature, or by authority derived from it, to be exercised in such particular cases only as the legislature shall expressly provide for. [See Amendments, Arts. XLVIII, I, Definition and LXXXIX.]*

***Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts***
*Article XXI.*
*The freedom of deliberation, speech and debate, in either house of the legislature, is so essential to the rights of the people, that it cannot be the foundation of any accusation or prosecution, action or complaint, in any other court or place whatsoever. [See Amendments, Art. XLVIII, The Initiative, II, sec. 2.]*

***Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts***
*Article XXII.*
*The legislature ought frequently to assemble for the redress of grievances, for correcting, strengthening and confirming the laws, and for making new laws, as the common good may require.*

***Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts***
*Article XXIII.*
*No subsidy, charge, tax, impost, or duties, ought to be established, fixed, laid, or levied, under any pretext whatsoever, without the consent of the people or their representatives in the legislature.*

***Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts***
*Article XXIV.*
*Laws made to punish for actions done before the existence of such laws, and which have not been declared crimes by preceding laws, are unjust, oppressive, and inconsistent with the fundamental principles of a free government.*

***Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts***
*Article XXV.*
*No subject ought, in any case, or in any time, to be declared guilty of treason or felony by the legislature.*

***Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts***
*Article XXVI.*
*No magistrate or court of law, shall demand excessive bail or sureties, impose excessive fines, or inflict cruel or unusual punishments. [See Amendments, Art. XLVIII, The Initiative, II, sec. 2, and CXVI.]*

***Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts***
*Article XXVII.*
*In time of peace, no soldier ought to be quartered in any house without the consent of the owner; and in time of war, such quarters ought not to be made but by the civil magistrate, in a manner ordained by the legislature.*

***Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts***
*Article XXVIII.*
*No person can in any case be subject to law-martial, or to any penalties or pains, by virtue of that law, except those employed in the army or navy, and except the militia in actual service, but by authority of the legislature. [See Amendments, Art. XLVIII, The Initiative, II, sec. 2.]*




*Massachusetts Constitution 1780 | A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts*
*Article XXIX.*
*It is essential to the preservation of the rights of every individual, his life, liberty, property, and character, that there be an impartial interpretation of the laws, and administration of justice. It is the right of every citizen to be tried by judges as free, impartial and independent as the lot of humanity will admit. It is, therefore, not only the best policy, but for the security of the rights of the people, and of every citizen, that the judges of the supreme judicial court should hold their offices as long as they behave themselves well; and that they should have honorable salaries ascertained and established by standing laws. [See Amendments, Arts. XLVIII, The Initiative, II, sec. 2, and The Referendum, III, sec. 2, LXVIII and XCVIII.]*

**SPECIAL ATTENTION TO:**

Worcester City Manager
Eric D. Batista
Worcester City Hall
455 Main Street
Worcester, Massachusetts 01608

Worcester County Head Sheriff Department
Sheriff Lewis G. Evangelidis
5 Paul X Tivnan Drive
West Boylston, Massachusetts 01583

Head Comptroller of Public Accounts
William McNamara
One Ashburton Place, 9th Floor
Boston, Massachusetts 02108

State Governor
Maura Healey
Massachusetts State House, 24 Beacon Street,
Office of the Governor, Room 280,
Boston, Massachusetts 02133

Head of Supreme Court Justice of the County
Chief Justice Kimberley S. Budd
1 Pemberton Square
Boston, Massachusetts 02108

City of Worcester
Parking Administrator
Elvira Guardiola
455 Main Street
Worcester, Massachusetts 01608

The Commonwealth of Massachusetts

County: __Suffolk__

On this __2__ day of __March__, 20 __23__
before me, the undersigned Notary Public, personally appeared

__Espinosa Rodriquez Irving Joel__ (name of document signer)
proved to me through satisfactory evidence of identification which was/were

__International Driving Permit__, to be the person who signed
the preceding or attached document in my presence, and who swore or
affirmed to me that the contents of this document are truthful and accurate to
the best of his/her knowledge and belief.

Kellie Donovan
NOTARY PUBLIC Signature: _____
Commonwealth of
Massachusetts    ☒ Notary Public    /_ / Justice of the Peace
Notary Seals/Stamps
11/10/2028    My Commission expires __11 / 10 / 2028__

This notice serves as a binding contract between us, and your failure to respond within 72 hours will be construed as acquiescence and acceptance of the terms and conditions set forth herein.

**CERTIFICATE OF SERVICE**

I, **Irving Joel Espinosa Rodriguez living MAN for ESPINOSA-RODRIGUEZ: IRVING, JOEL,** corp. sole dba. **IRVING JOEL ESPINOSA RODRIGUEZ,** is to certify that I have this day served the Solicitor General with this Notice of estoppel and stipulation of Constitutional Challenge to **ALL MASSACHUSETTS STATE STATUTES** etc:

by REGISTERED MAIL_____ Delivery thereon to ensure delivery: Dated this _____Day of _____, 2023

Respectfully submitted,
Irving Joel Espinosa Rodriguez
Beneficial Owner 1st Lien Holder of ESPINOSA-RODRIGUEZ: IRVING, JOEL, dba IRVING JOEL ESPINOSA RODRIGUEZ®™

UCC 1-103.6, UCC 1-308, UCC 1-301, UCC 1-207 (Secured Party)

State of Massachusetts   }
                         } ss.
County of Worcester      }

I have here unto set my hand and seal of office On this,_____Day of _____, 2023.

Notary Public _____

From: **DOJ Civil Rights - Do Not Reply**
civilrightsdonotreply@mail.civilrights.usdoj.gov
Subject: **Thank you for submitting a report to the Civil Rights Division**
Date: **Mar 23, 2023 at 9:53:12 AM**
To: **irvingespinosa86@gmail.com**



*Please do not reply to this email. This is an unmonitored account.*

Thank you for submitting a report to the Civil Rights Division. Please save your record number for tracking. Your record number is: **271046-FBM**.

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

# What to Expect

## MASSACHUSETTS UNIFORM CITATION

**862593AB**

| TYPE OF VIOLATOR | |
|---|---|
| ■ OPERATOR | □ OWNER |
| □ PASSENGER | □ BICYCLIST |

| DATE WRITTEN (MM/DD/YY) | | | AGENCY CODE | OFFICER I.D. NUMBER | COURT CODE |
|---|---|---|---|---|---|
| 03 | 16 | 23 | SHW | 50 | 067 |

**V I O L A T O R**

| MOTOR VEHICLE LICENSE NO. OF VIOLATOR | STATE | CLASS | CDL LICENSE | RACE | SEX | NON-INVENTORY MV SEARCH |
|---|---|---|---|---|---|---|
| S79062844 | MA | D | □ YES ■ NO | H | M | □ YES ■ NO |

CODE

| VIOLATOR NAME (LAST) | (FIRST) | (INITIAL) | BIRTH DATE (MM/DD/YY) |
|---|---|---|---|
| ESPINOSARODRIGUE | IRVING | JOEL | 08 18 86 |

| ADDRESS | CITY / TOWN | STATE | ZIP |
|---|---|---|---|
| 42 WASHINGTON STREET | CLINTON | MA | 01510-1916 |

**M V**

| PLATE TYPE | VEHICLE REGISTRATION NO. | STATE | YEAR | MAKE AND TYPE | COLOR | CDL VEHICLE | 16+ PASSENGERS | PLACARDED HAZMAT |
|---|---|---|---|---|---|---|---|---|
| | | | 2005 | TOYT/4RUNNE | GRY | □ YES ■ NO | □ YES ■ NO | □ YES ■ NO |

| OFFENSE DATE (MM/DD/YY) | | | LOCATION OF OFFENSE (include #, st, hwy, city or town) | TIME OF OFFENSE | | CRASH |
|---|---|---|---|---|---|---|
| 03 | 15 | 23 | 77 BOSTON TNPK, SHREWSBURY, MA | 07:05 | □ AM ■ PM | □ YES ■ NO |

**O F F E N S E (S)**

| | CHAP/SEC/SUB | | DESCRIPTION OF OFFENSE | ASSESSMENT |
|---|---|---|---|---|
| A. | 90/23/G | CRIMINAL | NUMBER PLATE VIOLATION TO CONCEAL ID C90 §23 | $ |
| B. | 90/9/B | CIVIL | UNREGISTERED MOTOR VEHICLE • C90 §9 | $ |
| C. | 90/34J | CRIMINAL | UNINSURED MOTOR VEHICLE C90 §34J | $ |

| D. SPEEDING | MPH | | □ POSTED | □ CLOCKED | $ |
|---|---|---|---|---|---|
| | IN | MPH | □ NOT POSTED | □ RADAR | |
| | A | ZONE | □ LIDAR | □ ESTIMATED | |

**NOTICE TO VIOLATOR SEE BELOW FOR INSTRUCTIONS**

SPEEDING ASSESSMENTS INCLUDE A $50 HEAD INJURY SURCHARGE AND VIOLATIONS OF M.G.L. CHAPTER 89 AND 90 INCLUDE A $5 SURCHARGE FOR THE PUBLIC SAFETY TRAINING FUND

| TOTAL DUE |
|---|
| $ |

| CITATION TYPE | □ ALL CIVIL INFRACTIONS | ■ CRIMINAL APPLICATION | □ ARREST | □ WARNING |
|---|---|---|---|---|

**COURT ADDRESS**
WESTBOROUGH DISTRICT COURT
186 OAK STREET
WESTBOROUGH, MA 01581
(508) 366-8266

| OFFICER CERTIFIES | ■ IN HAND TO VIOL. | □ MAILED TO VIOL. | □ IN HAND TO VIOLATOR'S AGENT |
|---|---|---|---|

| OFFICER CERTIFIES THAT THIS CITATION WAS ISSUED ON THE DATE WRITTEN TO THE NAMED VIOLATOR | AGENT NAME |
|---|---|
| ■ /s/ CHARLAND, TIMOTHY | AGENT'S LICENSE NUMBER & STATE |
| OFFICER ELECTRONIC SIGNATURE | |

---

### INSTRUCTIONS (CRIMINAL APPLICATION)

You will be granted a hearing as to whether a criminal complaint should issue against you if you sign below and return this citation **WITHIN 4 DAYS** to the Clerk-Magistrate of the court named on the front of the citation. Any accompanying civil infractions will be determined during the criminal proceedings and cannot be paid in advance.

x _My Path To Freedom Trust, Irving Joel Espinosa Rodriguez, Trustee_   3/22/2023
  Signature of Violator        4CCI-308        Date

**ADDRESS CHANGES MUST BE REPORTED TO BOTH THE REGISTRY OF MOTOR VEHICLES AND TO THE COURT.**

## MASSACHUSETTS UNIFORM CITATION

**862607AB**

| TYPE OF VIOLATOR |
|---|
| ■ OPERATOR   □ OWNER |
| □ PASSENGER  □ BICYCLIST |

| DATE WRITTEN (MM/DD/YY) | | | AGENCY CODE | OFFICER I.D. NUMBER | COURT CODE |
|---|---|---|---|---|---|
| 03 | 16 | 23 | SHW | 50 | 067 |

### VIOLATOR

| MOTOR VEHICLE LICENSE NO. OF VIOLATOR | | STATE | CLASS | CDL LICENSE | RACE | SEX | NON-INVENTORY MV SEARCH |
|---|---|---|---|---|---|---|---|
| S79062844 | | MA | D | □ YES ■ NO | H | M | □ YES ■ NO    CODE |

| VIOLATOR NAME (LAST) | (FIRST) | (INITIAL) | BIRTH DATE (MM/DD/YY) |
|---|---|---|---|
| ESPINOSARODRIGUE | IRVING | JOEL | 08  18  86 |

| ADDRESS | CITY / TOWN | STATE | ZIP |
|---|---|---|---|
| 42 WASHINGTON STREET | CLINTON | MA | 01510-1916 |

### MV

| PLATE TYPE | VEHICLE REGISTRATION NO. | STATE | YEAR | MAKE AND TYPE | COLOR | CDL VEHICLE | 16+ PASSENGERS | PLACARDED HAZMAT |
|---|---|---|---|---|---|---|---|---|
| | | | 2005 | TOYT/4RUNNE | GRY | □ YES ■ NO | □ YES ■ NO | □ YES ■ NO |

### OFFENSE(S)

| OFFENSE DATE (MM/DD/YY) | LOCATION OF OFFENSE (include #, st, hwy, city or town) | TIME OF OFFENSE | CRASH |
|---|---|---|---|
| 03  15  23 | 77 BOSTON TNPK, SHREWSBURY, MA | 07:05  □ AM ■ PM | □ YES ■ NO |

| | CHAP/SEC/SUB | | DESCRIPTION OF OFFENSE | ASSESSMENT |
|---|---|---|---|---|
| A. | 90/20/B | CIVIL | INSPECTION/STICKER, NO * C90 §20 | $ |
| B. | 90/25/B | CRIMINAL | LICENSE/REGIS/PLATES, REFUSE PRODUCE C90 §25 | $ |
| C. | | | | $ |

| D. SPEEDING | | MPH | □ POSTED | □ CLOCKED |
|---|---|---|---|---|
| | IN | MPH | □ NOT POSTED | □ RADAR |
| | A | ZONE | □ LIDAR | □ ESTIMATED |

SPEEDING ASSESSMENTS INCLUDE A $50 HEAD INJURY SURCHARGE AND VIOLATIONS OF M.G.L. CHAPTER 89 AND 90
INCLUDE A $5 SURCHARGE FOR THE PUBLIC SAFETY TRAINING FUND

**NOTICE TO VIOLATOR SEE BELOW FOR INSTRUCTIONS**

| | $ |
|---|---|
| TOTAL DUE | $ |

| CITATION TYPE | □ ALL CIVIL INFRACTIONS | ■ CRIMINAL APPLICATION | □ ARREST | □ WARNING |
|---|---|---|---|---|

| OFFICER CERTIFIES | ■ IN HAND TO VIOL. | □ MAILED TO VIOL. | □ IN HAND TO VIOLATOR'S AGENT |
|---|---|---|---|

| OFFICER CERTIFIES THAT THIS CITATION WAS ISSUED ON THE DATE WRITTEN TO THE NAMED VIOLATOR | AGENT NAME |
|---|---|
| ■ /s/ CHARLAND, TIMOTHY | AGENT'S LICENSE NUMBER & STATE |
| OFFICER ELECTRONIC SIGNATURE | |

| COURT ADDRESS |
|---|
| WESTBOROUGH DISTRICT COURT |
| 186 OAK STREET |
| WESTBOROUGH, MA 01581 |
| (508) 366-8266 |

---

### INSTRUCTIONS (CRIMINAL APPLICATION)

You will be granted a hearing as to whether a criminal complaint should issue against you if you sign below and return this citation **WITHIN 4 DAYS** to the Clerk-Magistrate of the court named on the front of the citation. Any accompanying civil infractions will be determined during the criminal proceedings and cannot be paid in advance.

x _My Path To Freedom Trust, Irving Joel Espinosa Rodriguez_   3/22/2023
Signature of Violator    Trustee    UCC1-308    Date

**ADDRESS CHANGES MUST BE REPORTED TO BOTH THE REGISTRY OF MOTOR VEHICLES AND TO THE COURT.**



SANFORD INS PARTNERS
5001 CRAIG RATH BLVD
MIDLOTHIAN, VA 23112
1-877-343-7599

Policy number: 967823959
Underwritten by:
Progressive Casualty Insurance Co
NAIC Number: 24260
March 23, 2023
Page 1 of 2

# Certificate of Insurance

**Certificate Holder**

MY PATH TO FREEDOM TRUST
42 Washington St
Clinton, MA 01510

**Insured**

MY PATH TO FREEDOM TRUST
42 WASHINGTON ST
CLINTON, MA 01510

**Agent**

SANFORD INS PARTNERS
5001 CRAIG RATH BLVD
MIDLOTHIAN, VA 23112

This document certifies that insurance policies identified below have been issued by the designated insurer to the insured named above for the period(s) indicated. This Certificate is issued for information purposes only. It confers no rights upon the certificate holder and does not change, alter, modify, or extend the coverages afforded by the policies listed below. The coverages afforded by the policies listed below are subject to all the terms, exclusions, limitations, endorsements, and conditions of these policies. Liability coverage may not apply to all scheduled vehicles.

Policy Effective Date: Mar 24, 2023          Policy Expiration Date: Mar 24, 2024

| Insurance coverage(s) | Limits |
|---|---|
| Compulsory BI/PD Liability | $20,000/$40,000/$5,000 each accident |
| Optional BI/PD Liability | $1,000,000 Combined Single Limit |
| Uninsured Motorist Bodily Injury | $1,000,000 Combined Single Limit |
| Underinsured Motorist Bodily Injury | $1,000,000 Combined Single Limit |
| Personal Injury Protection | $0 Ded Named Insured only |

## Description of Location/Vehicles/Special Items

**Scheduled autos only**

2005 TOYOTA 4RUNNER JTEBT14R450048702

Stated Amount     $25,000

| | |
|---|---|
| Medical Payments | $5,000 |
| Comprehensive | $300 Ded w/$0 glass Ded |
| Collision | $300 Ded w/waiver |
| Rental Reimbursement | $50 Per Day ($1,500 Max) |

2015 carry-on trailer Trailer 4YMUL121OFV058669

Stated Amount     $4,001

| | |
|---|---|
| Comprehensive | $300 Ded w/$0 glass Ded |
| Collision | $300 Ded |


Continued



Form 5241 (05/16)

**SANFORD INS PARTNERS**
**5001 CRAIG RATH BLVD**
**MIDLOTHIAN, VA 23112**



**Policy number:  967823959**
Underwritten by:
Progressive Casualty Insurance Co
March 23, 2023
Policy Period: Mar 24, 2023 - Mar 24, 2024
Online Service
agent.progressive.com
Customer Service
1-800-444-4487

**MY PATH TO FREEDOM TRUST**
**42 WASHINGTON ST**
**CLINTON, MA 01510**

# Payment Receipt
## for commercial auto insurance initial payment

**Payment information**
**Receipt for your payment**

> Amount: $1,407.00
>
> Payment Method:  Credit Card
>
> Card Type: Credit
>
> Account number: ************ 6080
>
> Confirmation number: 834312
>
> Transaction date and time:  Mar 23, 2023 12:51:02PM
>
> Merchant ID: Progressive Casualty Insurance Co

Form Payrec (08/09)



## The Commonwealth of Massachusetts

**William Francis Galvin**
**Secretary of the Commonwealth**

C-3

C  2468032

*Boston, Massachusetts*      March 22, 2023

*I hereby certify*

*that at the date of attestation hereunto annexed,*

### Kellie Donovan

*whose name is signed to the attached certificate of acknowledgement, proof of affidavit, was at the time of taking the same, a NOTARY PUBLIC for the said Commonwealth duly commissioned and constituted;*

*that to his/her acts and attestations, as such, full faith and credit are and ought to be given in and out of Court; that as such Notary PUBLIC, he/she was by law authorized to take depositions, to administer oaths and take acknowledgments or deeds or conveyances of lands, tenements or heriditaments and other instruments through the*

*In testimony of which,*  I have hereunto affixed the

*Great Seal of the Commonwealth*



*on the first date above written*

**William Francis Galvin**
**Secretary of the Commonwealth**

prepared by   *RBramble*

# MOTOR VEHICLE POWER OF ATTORNEY

THIS DOCUMENT PRESENTS that IRVING JOEL ESPINOSA RODRIGUEZ with a mailing address of 42 Washington Street, Clinton, Massachusetts, 01510 ("Principal") hereby appoints the following person as their attorney-in-fact which gives authorization to sign any and all documents for the vehicle described below, including but not limited to: Vehicle Purchase, Vehicle Sale, Application for Title, Application for Registration, or similar act to MY PATH TO FREEDOM TRUST with a mailing address of P.O. BOX 572, Clinton, Massachusetts, 01510 ("Agent") or its designated representative for an indefinite period of time or until canceled in writing.

## VEHICLE INFORMATION

**Make:** TOYOTA
**Model:** 4RUNNER
**Body Style:** SUV
**Color:** GRAY
**Year:** 2005
**License Plate Number:** N/A
**License Plate State:** N/A
**Vehicle Identification Number:** JTEBT14R450048702

I certify (or declare) under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

**Principal's Signature** _~signature~_ Date: _3/22/2023_

Print Name _Irving Joel Espinosa Rodriguez Trustee_

License / ID Number _____

## NOTARY ACKNOWLEDGMENT

State of Massachusetts )

County of _Suffolk_ )

**A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.**

Before me personally appeared the above-named _Irving Joel Espinosa Rodriguez_ (Name or Officer or Individual) acting as principal for the above-mentioned vehicle and duly acknowledged the foregoing instrument to be his/her free act and deed in his/her individual capacity or, if the representative of a company, acknowledges that he or she is duly authorized to sign the foregoing instrument on behalf of the company.

**Notary Signature** _Kellie Donovan_

**Print Name** _Kellie Donovan_

**My Commission Expires:** _11/10/2028_

Kellie Donovan
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Commission Expires
11-10-2028

Page 1

# MOTOR VEHICLE BILL OF SALE

**I. THE PARTIES.** This Motor Vehicle Bill of Sale ("Bill of Sale") was created on March 1 2023, in the County of Worcester, State of Massachusetts and is made and entered into between:

**Buyer:** A business entity known as MY PATH TO FREEDOM TRUST ("Buyer") with a mailing address of c/o P.O. Box 572, Clinton, Massachusetts, 01510,

AND

**Seller:** One (1) individual(s) known as IRVING JOEL ESPINOSA RODRIGUEZ ("Seller") with a mailing address of 42 Washington Street, Clinton, Massachusetts, 01510.

**II. MOTOR VEHICLE DESCRIPTION.** The Buyer agrees to pay $0 to the Seller in exchange for the possession and ownership of the following described motor vehicle:

**Make:** TOYOTA **Model:** 4RUNNER

**Body Type:** SUV **Color:** GRAY

**Year:** 2005 **Odometer:** 107,777 Miles

**Vehicle Identification Number (VIN):** JTEBT14R450048702

**III. TAXES.** All municipal, county, and State taxes in relation to the purchase of the motor vehicle, including sales taxes, are not included in the purchase price.

**IV. WARRANTIES.** Buyer and Seller acknowledge that the sale is final without any representations ("AS-IS") and that after the sale the Seller shall not have any liability other than the details in this Bill of Sale.

**V. ADDITIONAL TERMS AND CONDITIONS.** N/A

**Buyer's Signature:** _____ Trust **Date:** 3/22/2023
IRVING JOEL ESPINOSA RODRIGUEZ TRUST acting as Managing Member with legal authority to act on behalf of MY PATH TO FREEDOM TRUST.


**Seller's Signature:** _____ **Date:** 3/22/2023
IRVING JOEL ESPINOSA RODRIGUEZ

Page 1

The Commonwealth of Massachusetts

County: Suffolk

On this ___22___ day of ___March___ , 20 _23_ ,
before me, the undersigned Notary Public, personally appeared

Irving Joel Espinosa Rodriguez (name of document signer)
proved to me through satisfactory evidence of identification which was/were

USA Passport , to be the person who signed
the preceding or attached document in my presence, and who swore or
affirmed to me that the contents of this document are truthful and accurate to
the best of his/her knowledge and belief.

Signature: _____ Donovan
☒ Notary Public        /_/ Justice of the Peace

Notary Seal / Stamp        My Commission expires___ 11/10 , 2028

Kellie Donovan
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Commission Expires
11/10/2028

# ODOMETER DISCLOSURE STATEMENT

FEDERAL and STATE LAW requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**Mileage at the time of sale: 107,777 Miles**

The Seller certifies to the best of their knowledge that the odometer reading is the actual mileage.

**Buyer's Signature** _(signature)_ **Date:** _3/22/2023_
IRVING JOEL ESPINOSA RODRIGUEZ TRUST acting as Managing Member with legal authority to act on behalf of MY PATH TO FREEDOM TRUST.

**Seller's Signature** _(signature)_ **Date:** _3/22/2023_
IRVING JOEL ESPINOSA RODRIGUEZ

The Commonwealth of Massachusetts

County: _Suffolk_

On this _20_ day of _March_, 20 _23_
before me, the undersigned Notary Public, personally appeared
_Irving Joel Espinosa Rodriguez_ (name of document signer)
proved to me through satisfactory evidence of identification which was/were
_USA Passport_, to be the person who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of this document are truthful and accurate to the best of his/her knowledge and belief.

Signature: _(signature)_
/X/ Notary Public      /_/ Justice of the Peace

Notary Seal / Stamp      My Commission expires _11 / 10 / 2028_

(notary seal stamp)
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Commission Expires
11 10 2025

Page 2



### *LIVING TRUST OF*
### *MY PATH TO FREEDOM TRUST*

*Dated August 25, 2022*

## *SIGNATURES*

Signature: _____
MY PATH TO FREEDOM TRUST, Grantor / AUTHORIZED REPRESENTATIVE

Signature: _____
IRVING JOEL ESPINOSA RODRIGUEZ TRUST, Trustee / AUTHORIZED REPRESENTATIVE

STATE OF MASSACHUSETTS
COUNTY OF BOSTON

On this _____ day of _____, _____, before me personally appeared MY PATH TO FREEDOM
TRUST, to me known to be the person described in and who executed the foregoing instrument as Grantor, and
acknowledged that he/she executed the same as his/her free act and deed

_____
Notary Public

_____
Title (and Rank)
My commission expires _____

See Attached Schedule A Collateral & Security Agreement

TRUSTEE:
IRVING JOEL ESPINOSA RODRIGUEZ TRUST
EIN Number: 986115258

Copyright 1986
TR 081819860170LFER01

GRANTOR:
MY PATH TO FREEDOM TRUST
EIN Number: 986717614



The Commonwealth of Massachusetts

County: **Suffolk**

On this **22** day of **March**, 20**23**
before me, the undersigned Notary Public, personally appeared

**Irving Joel Espinosa Rodriguez** (name of document signer)

proved to me through satisfactory evidence of identification which was/were

**USA Passport**

_____, to be the person who signed
the preceding or attached document in my presence, and who swore or
affirmed to me that the contents of this document are truthful and accurate to
the best of his/her knowledge and belief.

Signature: _____

[X] Notary Public        [_] Justice of the Peace

Notary Seal / Stamp

My Commission expires  **11 / 10 / 2028**



Kellie Donovan
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Commission Expires
11/10/2028