| NOTICE OF MAGISTRATE'S HEARING ON COMPLAINT APPLICATION | DOCKET NUMBER 2367AC000485-HR | COUNT 5 | Trial Court of Massachusetts District Court Department  |
|---|---|---|---|

**CASE NAME:** Shrewsbury Police Department vs. Irving J Espinosarodrigue

FILED IN CLERKS OFFICE
APR 13 '23 PM12:13 USDC MA

| ATTORNEY OR PARTY TO WHOM THIS NOTICE IS ISSUED | COURT NAME & ADDRESS: |
|---|---|
| Irving J Espinosarodrigue<br>42 Washington Street<br>CLINTON, MA 01510 | Westborough District Court<br>186 Oak Street<br>Westborough, MA 01581 |

| POLICE DEPT. / APPLICANT: | INCIDENT REPORT# | DATE & TIME OF MAGISTRATE'S HEARING: |
|---|---|---|
| Shrewsbury Police Department | 2023000009139 | 04/27/2023 at 12:30 PM |

**FIRST FOUR OFFENSE COUNTS**

| COUNT | CODE | OFFENSE DESCRIPTION | DATE OF OFFENSE |
|---|---|---|---|
| 1 | 90/20/B | INSPECTION/STICKER, NO * c90 §20 | 03/15/2023 |
| 2 | 90/23/G | NUMBER PLATE VIOLATION TO CONCEAL ID c90 §23 | 03/15/2023 |
| 3 | 90/25/B | LICENSE/REGIS/PLATES, REFUSE PRODUCE c90 §25 | 03/15/2023 |
| 4 | 90/34J | UNINSURED MOTOR VEHICLE c90 §34J | 03/15/2023 |

**TO THE PARTIES TO THIS COMPLAINT APPLICATION:**

You are hereby notified that the above-named complainant has filed an application for criminal complaint against the above-named defendant and has requested a hearing by a judicial officer of this court. The number of offense counts (charges) presented in this criminal complaint application are shown in the "no. counts" box above, and the first four offense counts are listed above. If there are more than four offense counts, you may obtain the details of them from the clerk-magistrate's office prior to the hearing.

This notice is to inform you that a MAGISTRATE'S HEARING will be held at this court to determine whether criminal proceedings will be commenced against the above-named defendant in this matter. The hearing will be held on the date and time indicated above.

Notice to Defendant: You may appear at this hearing to present your side of the case. You may bring witnesses with you and you may also bring a lawyer, although it is not required that you be represented by counsel. Please bring this notice and report to the Clerk-Magistrate's office upon your arrival at the court.

The court house address is listed above. If you fail to appear for your hearing at the date and time noted, the criminal complaint may issue against you on that date.

Notice to Complainant: If you have any witnesses you want to testify at the hearing, you must bring them to the hearing. Please bring this notice and report to the Clerk-Magistrate's office upon your arrival at the court. If you fail to appear for the hearing at the date and time noted, your application may be denied.

### FURTHER ORDERS OF THE COURT

THIS HEARING CANNOT BE RESCHEDULED.
PLEASE REPORT TO THE CLERK'S OFFICE, ROOM 110.
DO NOT ENTER A COURT ROOM.

| DATE ISSUED | CLERK-MAGISTRATE |
|---|---|
| March 29, 2023 | C-M Joseph G McCarthy, Jr. |

ATENCION: ESTE ES AVISO OFICIAL DE LA CORTE. SI USTED NO SAVE LEER INGLES, OBTENGA UNA TRADUCCION.

059

Date/Time Printed: 03-29-2023 15:53:44